FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 2 2 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Kevin J. Younger 239743 T-36 Bed
Baltimore City Detention Center
401 E. Eager Street
Baltimore City, MD 21202

(Full name, prison identification
number and address of the plaintiff)

RECEIVED
PRO SE

APR 2 2 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____

ELH-13-1191

Civil Action No. _____
(Leave blank on initial filing to be filled in by Court)

v.

Odessa Spruill 1114 Wedgewood Rd, Baltimore MD 21229
John Magee County Courts Building 401 Bosley Ave. Towson MD 21204
Detective K. Marsteller 700 East Joppa Road Towson MD 21286
Gerald A. A. Collins 6406 Ivy Lane, 8th floor Greenbelt MD 20770

(Full name and address of the defendant(s))

COMPLAINT

I.    **Previous lawsuits**

   A.    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

         YES ☐      NO ■

   B.    If you answered YES, describe that case(s) in the spaces below.

         1.    Parties to the other case(s):

               Plaintiff: _____

               Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or

county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

_____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒        NO ☐

1. If you answered YES:

a. What was the result? __Against me at__
   __my motions hearing at both state federal__
   __court .__

b. Did you appeal?

YES ☐        NO ☒

2. If you answered NO to either of the questions above, explain why: __
   __I file new motions hearings__
   __one in state and one in federal court.__

**III.**   **Statement of claim**
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1) I was arrested by Baltimore County, Baltimore City Police in my home September 27, 2011 for armed robbery and attempted armed robbery in Baltimore County. A tipster called stating the news photo showed on its nightly newscast was my picture. That tipster turned out to be my Aunt Odessa Spruill 2) Baltimore County Detective Marstella and 3) Maryland States Attorney filed armed robbery charges against me. Tipster said she only said looks like me wasn't 100% sure.

**IV.**   **Relief**
(State briefly what you want the Court to do for you.)

That all charges be dismissed and that all parties agree on monetary award.

SIGNED THIS 13th day of April 2013, _____ .

Kevin J. Younger
(original signature of plaintiff)

Baltimore City Detention Center
T-36 (Bed) 401 E. Eager St.
Baltimore, MD 21202
(address of plaintiff)

**III.** **Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved.. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Detective K. Marstella lied in the statement of charges against K. Younger about what wittness really said and how wittness now claiming she never said certain things and how States Attoney Magee allowed this misinformation to have Mr. K. Younger arrested now for 2 years,

**IV.** **Relief**

(State briefly what you want the Court to do for you.)

That these changes be dropped and Mr. Younger given compresation (monetary)

SIGNED THIS 13th day of April 2013 ,

Kevin J. Younger
(original signature of plaintiff)

Baltimore City Detention Center
401 E. Eager Street
Baltimore, MD 21202
(address of plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that on this **13th** day of **April**_____, 20**13** a copy of this

_____, was mailed, postage prepaid, to

(name and address of the attorney or person to whom you sent it).

(your signature) *Kevin J. Younger*

It is <u>not</u> necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.